KSC/7.30.19
JJI: USAO#2019R00236

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DEVRON LASHA YOUNG, JR.,**<br><br>Defendant. | CRIMINAL NO. CCB-19-0366<br><br>(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)) |

## INDICTMENT

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

On or about February 22, 2019, in the District of Maryland, the Defendant,

**DEVRON LASHA YOUNG, JR.,**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance; and 10 grams or more of a mixture and substance containing a detectable amount of acetyl fentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)

ROBERT K. HUR
United States Attorney

A TRUE BILL:

30 JUL 19

Date

**SIGNATURE REDACTED**

Foreperson